The plaintiff [Samuel Lewis] agreed to do certain work for the defendant [Robert Esther] for the sum of $125. He began, but abandoned it before it was finished, and now sued for quantum meruit, and offered to prove the value of his work.

Mr. Jones, for defendant, objected that there was an express, specific agreement at a certain price, and therefore the plaintiff could not recover upon an implied assumpsit.

Mr. Ashton, contra, contended that, by usage, money is due as the work progresses, otherwise a poor mechanic cannot go on.

But THE COURT (nem. con.) rejected the evidence, and instructed the jury that the plaintiff is not entitled to recover in this action.